IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30466
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE JOHNSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. CR-94-30022-ALL
- - - - - - - - - -
February 29, 1996

Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Willie Johnson argues that the disparity in the penalty provisions and sentencing guidelines applicable to crack cocaine and cocaine powder violates his equal protection rights. We have rejected the argument that the sentencing guidelines for crack cocaine and cocaine powder violate the Equal Protection Clause. See United States v. Watson, 953 F.2d 895, 897-98 (5th Cir.), cert. denied, 504 U.S. 928 (1992). We have reviewed the record and the briefs and find no reversible error.

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.